# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | Michael Shane & Lisa Dianne Green |
| **Case Number:** | 09-09137-FJO-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 05, 2010 08:30 AM   IP 329 |
| **Bankruptcy Judge:** | FRANK J. OTTE |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

Hearing on Motion for Relief from Stay and Abandonment filed by U.S. Bank, N.A. and Debtors Objection thereto [29]

**R / M #:**   28 / 0

**VACATED:   Agreed Entry to be filed within 21 days**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Agreed Entry to be filed within 21 days

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**